UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 AUG -8  PM 1:40

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | Coercion and Enticement of a Minor |
| DARICK MCPHERSON | ) | to Engage in Sexual Activity |
| | ) | |
| | ) | 18 U.S.C. § 2423(b) |
| | ) | Travel with Intent to Engage in |
| | ) | Illicit Sexual Conduct |
| | ) | |
| | ) | 18 U.S.C. § 2423(a) |
| | ) | Transportation with Intent to |
| | ) | Engage in Criminal Sexual Activity |

CR418- 193

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

Between on or about December 19, 2017, and January 2, 2018, the exact date being unknown to the grand jury, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**DARICK MCPHERSON,**

did use facilities of interstate and foreign commerce, that is, cellular telephones and the internet, to knowingly persuade, induce, entice and coerce Jane Doe #1, who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, criminal sexual conduct with a minor pursuant to S.C. Code Ann. § 16-3-655.

All in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO
*Travel with Intent to Engage in Illicit Sexual Conduct*
18 U.S.C. § 2423(b)

Between on or about December 19, 2017, and January 2, 2018, the exact date being unknown to the grand jury, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**DARICK MCPHERSON,**

did knowingly travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with Jane Doe #1, an individual who had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
*Transportation with Intent to Engage in Criminal Sexual Activity*
18 U.S.C. § 2423(a)

Between on or about December 19, 2017, and January 2, 2018, the exact date being unknown to the grand jury, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

### DARICK MCPHERSON,

did knowingly transport an individual who had not attained the age of 18 years, that is, Jane Doe #1, in interstate commerce, with the intent that Jane Doe #1 engage in sexual activity for which the defendant could be charged with a criminal offense, that is, criminal sexual conduct with a minor pursuant to S.C. Code Ann. § 16-3-655.

All in violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Three of this Indictment are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 2423 or 2422 set forth in Counts One through Three of this Indictment, the defendant, **DARICK MCPHERSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s). If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

_____
Foreperson

_____
David H. Estes
First Assistant United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
*Lead Counsel

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

5