IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | CASE NO. : 4:18-CR-00193-WTM-CLR |
| v. | |
| DARICK McPHERSON | |
| *Defendant* | |

## SENTENCING MEMORANDUM

Darrick McPherson comes before this Court to be sentenced. On May 16, 2019, Darick entered a guilty plea to Count 3 of the Indictment, Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, 18 U.S.C. § 2423(a). (Docket #40).

United States Probation conducted its Presentence Investigation and calculated Darick's Offense Level at 29 and a Criminal History Category 1. Normally, the sentencing guideline range with this determination would be a custodial sentence between 87 and 108 months. However, Count 3 in the Indictment has a statutory minimum of 10 years and a maximum of Life.

U.S. Probation has recommended the statutory minimum of 10 years imprisonment. Additionally, U.S. Probation has recommended 15 years of supervised release along with Restitution in the amount of $315,976.20. The Defendant agrees to the statutory minimum sentence and that the restitution amount was properly calculated. However, the Defense does not agree with the recommended term of supervised release. Defendant contends a term of supervised release of 8 years is most appropriate.

Darrick is of small stature and looks younger than he is. Additionally, he has only completed the 10th grade. Although the PSI reported no history of mental or emotional problems, Defense counsel petitioned the Court for a Psychiatric Evaluation of Darick. That examination found Darick

to be competent.

In representing Darick, Counsel has found Darick to know and understand these proceedings and the charges against him. Darick has properly interacted with counsel as any other criminal defendant. Mr. McPherson has been able to assist in his defense, he has asked questions that a defendant in a criminal case would normally ask, and most importantly, he understands the gravity of his situation. Darick has done all those things. However, counsel has had to go slower than usual.

Counsel does not believe that Darick is developmentally disabled. However, Darick is not as quick as other people. That combined with being of slight build has contributed to a certain social awkwardness and immaturity. Counsel certainly is not trying to minimize the seriousness of this charge. Rather, this information may better explain to the Court some of the contributing factors.

At the end of a 10-year sentence, Darick will be a different man. When Darick exits prison, he will be fully grown. His mind will have developed. More importantly, a man in his late 20's has a brain that makes decisions differently than that of an adolescent. He will also have spent over half his life in federal custody.

Because of the fact that Darick will have spent over half of his life in prison when he is released, it is important that he avails himself of the services and programs offered by the Bureau of Prison. Most important of these services will be psychological and substance abuse treatment. Clearly, those two areas need improvement. Darick also needs to get his GED because in today's world a high school dropout has few opportunities – there are even less for ex-cons. Finally, Darick should receive some sort of vocational training. Mr. McPherson will need a skill when he reenters society.

Additionally, when Darick leaves prison, he will have to register as sex offender. This is something that will travel with him for the rest of his life. Supervised release will help him make that

adjustment as there are a number of laws that apply to those that have to register as sex offenders. The minimum of 5 years supervised release may not be the appropriate term in this case, but neither is 15 years. When released from prison, Darick will likely find the world a difficult place for a convicted sex offender. U.S. Probation can aid in that transition from federal prisoner to productive citizen. 8 years of supervised release should be sufficient to ensure that Mr. McPherson makes that transition.

The Defense requested 8 years of supervised release following his 10 years of imprisonment be cause such a sentence would meet all the 18 U.S.C. § 3553(a) requirements. The sentence also totals 18 years which was Darick's age at the time of the offense.

Respectfully submitted this 14th day of October, 2019.

  /s/ Dennis A. O'Brien, Jr.
  Dennis A. O'Brien, Jr.
  GA Bar No. 548495
*Attorney for the Defendant*
savannahlawyer@gmail.com

THE O'BRIEN LAW FIRM, P.C.
33 Bull Street
Suite 540
SAVANNAH, GA 31401
912-704-5150 Telephone