**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | **CASE NO. : 4:18-CR-00193-WTM-CLR** |
| | ) | |
| **v.** | ) | |
| **DARICK McPHERSON** | ) | |
| *Defendant* | ) | |
| | ) | |

## ADDENDUM to DEFENDANT'S

## SENTENCING MEMORANDUM

COMES NOW Defendant Darick McPherson and files this Addendum to his Sentencing Memorandum.

Originally, the Court was to sentence Mr. McPherson on October 15, 2018. During the hearing, The Court ordered a continuance in the matter to properly calculate restitution.[1] Upon further review, Defendant Darick McPherson objects to the amount of restitution of $33, 489.71 that would go to Anthem, Inc. ("Anthem"). Anthem is the private health insurance provider that is used by Georgia Medicaid. In addition to counselling provided to CW, Anthem paid for the prenatal and postnatal care for the victim on this case CW and the resulting child JW.

The Defense understands that the Government had difficulties getting the necessary information from Anthem. The Government received this information shortly before Christmas and provided this information to the Defense as soon as it received the data. Additionally, the Government was able to convert the data into a more manageable, but multi sheet Excel spreadsheet and provided it to Defense Counsel on the 27th.

Darick understands that CW required counselling as a result of his actions. Paragraph 13 in

---

[1] Originally, Defense counsel mistakenly believed the amount recommended was child support.

the Revised Sentencing Report dated November 8, 2019 lists 25 visits at $75.00 per visit totaling $1,875.00 for CW's counselling.[2]

Darick dropped out of school in the 10th grade and does not even have his GED. When Darick is released from prison he will forever be registered as sex offender. One does not have to be a Las Vegas oddsmaker to know that Darik's employment prospects will be severely limited. One thing is certain, he will have to pay child support for JW, as well as restitution.

The restitution for CW's counselling is a manageable sum that Darick should be able to complete over time while still meeting his support obligations toward JW. The $30,000 plus figure would place Darik, with his limited job prospects, in a position of having to choose whether to pay restitution to Anthem or child support to JW.

WHEREFORE, the Defendant asks that this Court order restitution, payable to Anthem, in the amount of no more than $1,875.00

Respectfully submitted this 14th day of October, 2019.

  /s/ Dennis A. O'Brien, Jr.  
 Dennis A. O'Brien, Jr.
 GA Bar No. 548495
 *Attorney for the Defendant*
 savannahlawyer@gmail.com

THE O'BRIEN LAW FIRM, P.C.
33 Bull Street
Suite 540
SAVANNAH, GA 31401
912-704-5150 Telephone

---

[2] Defense Counsel was unable to sufficiently navigate the spreadsheet to verify that number in the time allotted. However, the number of counselling sessions and the cost per session appear to be reasonable in Counsel's experience in other cases. Additionally, Defense Counsel objects to the term in Paragraph 13 that the other expenses be listed as "losses".